UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SERGIO SANCHEZ, | ) | 1:08-CV-01460 OWW SMS HC |
| | ) | |
| Petitioner, | ) | ORDER VACATING FINDINGS AND |
| | ) | RECOMMENDATION OF JANUARY 14, |
| | ) | 2009, THAT HAD RECOMMENDED THE |
| v. | ) | PETITION BE DISMISSED |
| | ) | [Doc. #9] |
| | ) | |
| M. S. EVANS, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | [Doc. #10] |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On December 4, 2008, the undersigned issued an Order dismissing the petition for failure to state a claim. Petitioner was granted thirty (30) days to file an amended petition curing the defects in his original petition. Over thirty (30) days passed, and the Court did not receive a response from Petitioner. Therefore, the Court issued a Findings and Recommendation which recommended the petition be dismissed for failure to comply with a court order. On January 12, 2009, Petitioner filed a motion for extension of time. Petitioner states he did not receive the Court's Order until January 7, 2009, and he promptly filed a motion for an extension at that time. He states he has not had full access to the law library and requires additional time.

1  Accordingly, good cause having been presented and good cause appearing therefor, the Court
2  hereby VACATES the Findings and Recommendation of January 14, 2009. Petitioner is GRANTED
3  thirty (30) days from the date of service of this order to file an amended petition in compliance with
4  the Order of December 4, 2008.
5  IT IS SO ORDERED.
6  **Dated:   January 26, 2009**               /s/ Sandra M. Snyder
                                               UNITED STATES MAGISTRATE JUDGE